**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **DUY VU HOANG** | **CIVIL ACTION NO. 1:26-CV-02437 SEC P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN CENTRAL LOUISIANA I C E PROCESSING CENTER ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**MEMORANDUM ORDER**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by Duy Vu Hoang ("Hoang"), an immigration detainee at the Central Louisiana ICE Processing Center in Jena, Louisiana.

An immigration judge ordered Hoang's removal to Vietnam on October 2, 2007. [Doc. 7-1 at 2]. Hoang has been detained since March 16, 2026. [*Id.*].

At the time of filing the Petition, Hoang had not yet been detained beyond the six-month presumptively reasonable period outlined in *Zadvydas v. Davis*, 533 U.S. 678, 679 (2001). He has now been in post-removal order detention for seven months.

According to an August 3, 2026 declaration of Assistant Field Office Director Matthew W. Reaves, Enforcement and Removal Operations ("ERO") sent a travel document request to the Detention and Deportation Officer at ERO Headquarters for review and approval on May 21, 2026. [*Id.*]. ERO contacted ERO Headquarters Removal and International Operations for an update on July 29, 2026. [*Id.*]. The declaration does not indicate whether ERO ever obtained approval of the travel document request, or whether it received a response to the July 29 request for update. [*Id.*].

The declaration reports that ERO removed 58 Vietnamese nationals in FY24, 699 Vietnamese nationals in FY25, and 1,102 Vietnam nationals so far in FY26. But these numbers are irrelevant if Vietnam will not accept Hoang.

Because Hoang's detention has now exceeded the presumptively reasonable period, and the declaration provides little information regarding the status of Hoang's travel document, IT IS ORDERED that, within 14 days, the Government provide an updated declaration indicating whether and when it submitted the request to Vietnam; whether and when it received a response from Vietnam; whether Vietnam has agreed to accept Hoang; and the current status of its efforts to remove Hoang.

Signed at Lafayette, Louisiana on this 16th day of October, 2026.

DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE